PEOPLE EX REL. CECILIA VAN NORMAN v. THE CENTRAL CAR AND MANUFACTURING COMPANY.

*Mandamus to private corporation to pay dividends.*

Mandamus is not a proper remedy to compel a private corporation to pay dividends which it has declared; still less when any other question exists as to the rights of the person claiming to be entitled to them.

Motion for order to show cause. Submitted June 10. Denied June 11.

*George W. Moore* for the motion.